United States District Court
Southern District of Texas
**ENTERED**
August 10, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| HENRY CORADO QUINONEZ,<br>"Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-cv-00805 |
| MARKWAYNE MULLIN, *et al.,*<br>*in their official capacities,*<br>"Respondents." | § § § § | |

## ORDER

Before the Court is Petitioner's "Notice of Voluntary Dismissal" (Dkt. No. 5). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), the "Petition for Writ of Habeas Corpus" (Dkt. No. 1) is hereby **DISMISSED without prejudice**. Petitioner's "Emergency Motion for Temporary Restraining Order" (Dkt. No. 4) is further **DENIED** as moot. The Clerk of the Court is **INSTRUCTED** to close this case.

SIGNED this August 10, 2026

_____
Rolando Olvera
United States District Judge

1 / 1